■ In the Matter of MARGARET J. PEILL, Petitioner, v BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF PORT JERVIS, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent Board of Education of the City School District of Port Jervis, dated January 7, 1986, which, after a hearing, found the petitioner guilty of incompetence and misconduct and transferred her to a position other than that of a school bus driver.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, without costs or disbursements.

Based upon a review of the record, we find the respondent's determination is supported by substantial evidence. Accordingly, the determination will not be disturbed *(see, Matter of Pell v Board of Educ.,* 34 NY2d 222; *Matter of Carlan v Board of Educ.,* 128 AD2d 706).

We also find that under the circumstances of this case the imposed penalty of transferring the petitioner to a position other than that of a school bus driver was not so excessive as to shock the conscience *(see, Matter of Pell v Board of Educ.,* 34 NY2d 222, *supra).* Mollen, P. J., Mangano, Eiber and Sullivan, JJ., concur.